

# CHRIS DANIEL <span style="color:red">01-15-00444-CR</span>

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 1:58:34 PM
CHRISTOPHER A. PRINE
Clerk

May 8, 2015

THOMAS LEWIS
ATTORNEY OF RECORD
1602 WASHINGTON AVE.
HOUSTON TEXAS 77007

Defendant's Name:  BRANDON TODERICK JOHNSON

Cause No:  1378279

Court:  230TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 04/30/2015
**Sentence Imposed Date:** 04/30/2015
**Court of Appeals Assignment:** First  Court of Appeals
**Appeal Attorney of Record:**  THOMAS LEWIS
Pauper's Oath  04/30/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     TRISH MATTHEWS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1370279

## THE STATE OF TEXAS

Johnson, Brandon V., A/K/A/ _____

_____220th_____ District Court / County Criminal Court at Law No. _____

### Harris County, Texas

### NOTICE OF APPEAL

#### TO THE HONORABLE JUDGE OF SAID COURT:

On ____APR 3 0 2015____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

| | |
|---|---|
| APR 3 0 2015 | _John Jerome Goodnic_ |
| **Date** | **Attorney (Signature)** |
| _Brandon Johnson_ | _Jerome Goodnic_ |
| **Defendant (Printed name)** | **Attorney (Printed name)** |

**FILED**
Chris Daniel
District Clerk

APR 3 0 2015

Time: 4-30-15

Harris County, Texas

By_____

State Bar Number
08954700

Address 917 Franklin st 320
Houston TX 77002

713 2378388

**Telephone Number**

The defendant (check all that apply):

☐ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☐ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

† _Brandon Johnson_                     _John Goodnic_   _Brandon Johnson_
**Defendant (Signature)**                **Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____  APR 3 0 2015

# ORDER

On **APR 3 0 2015** the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: **APR 3 0 2015**

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS




Cause No. 1372279

THE STATE OF TEXAS

v.

Johnson, Brandon, Defendant

IN THE 170 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

APR 3 0 2015

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Brandon Johnson
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Jana Goodnick
Defendant's Counsel

State Bar of Texas ID number: 08054700

Mailing Address: 917 Franklin ste 320
Houston TX 77002

Telephone number: 713-237-8388

Fax number (if any): 713-224-2889

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

Court ~~250th~~ Due: 6-29-15 1st

Cause No. ~~1362279~~

The State of Texas
Vs
Johnson, Brandon

4-30-15

**Date Notice Of Appeal:** 04.30.2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Brad Hart

**Court Reporter** Trish Matthews

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** Jerome Godnich

**Attorney on Appeal** to be determined

Appointed ✓ Hired_____

**Offense** agg - robbery deadly wpn

**Jury Trial** Yes_____ No ✓

**Punishment Assessed** 40 YRS TDCJ

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** Ø

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section** 4-30-2015   5-1-15

**Deputy Clerk** A. Sanchez   5-7-15